UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BURGETTSTOWN AREA SCHOOL DISTRICT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**META PLATFORMS, INC.; FACEBOOK HOLDINGS, LLC; FACEBOOK OPERATIONS, LLC; META PLATFORMS TECHNOLOGIES, LLC; META PAYMENTS, INC.; INSTAGRAM, LLC; SICULUS, INC.; SNAP, INC.; TIKTOK, INC.; BYTEDANCE INC.; ALPHABET, INC.; GOOGLE, LLC; XXVI HOLDINGS, INC.; WHATSAPP, INC.; and YOUTUBE, LLC.,**<br><br>**Defendants.** | Case No.:   4:23-cv-02422-YGR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

DATED:  December 5, 2023

Respectfully Submitted,

**DILLON MCCANDLESS KING COULTER & GRAHAM, LLP**

By: /s/Thomas W. King, III
Thomas W. King, III, Esquire
PA ID. 21580
tking@dmkcg.com

128 West Cunningham Street
Butler, PA 16001
(724) 283-2200 telephone
(724) 283-2298 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/Thomas W. King, III, Esquire*
Thomas W. King, III, Esquire
